UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée Marie Bumb |
| v. | : | Crim. No. 13-451 (RMB) |
| EVERETT C. MILLER | : | <u>ORDER</u> |

This matter having been opened to the Court by defendant Everett C. Miller for an Order adjourning his self-surrender date (docket entry 41); and the United States of America (Shirley U. Emehelu, Assistant U.S. Attorney, appearing) having filed a letter: (1) consenting to a brief extension of defendant Miller's surrender date to July 22, 2016 at 12:00 p.m.; and (2) requesting the scheduling of a hearing with testimony from defendant Miller's treating medical professionals; and upon good cause shown;

IT IS, therefore, on this *15th* day of July, 2016,

ORDERED that defendant Miller's surrender date is hereby extended to July 22, 2016 at 12:00 p.m. at FCI Devens in Massachusetts or such other institution as may be designated by the Bureau of Prisons and as notified by the U.S. Probation Office; and it is further

ORDERED that the Government's request for a hearing with testimony from defendant Miller's treating medical professions is hereby GRANTED; and it is further

ORDERED that a hearing is hereby scheduled for July *21*, 2016 at *2:00 p.m.*, with testimony from Dr. Ashwini D. Sharan, M.D.,

Professor of Neurosurgery, and Nurse Practioner Teresita J. DeVera, MSN, CRNP; and it is further

ORDERED that all other conditions of release shall remain in full force and effect.

_____
HONORABLE RENÉE MARIE BUMB
United States District Judge